## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | April 10, 2019 |
| **TIME:** | 12:15 p.m. |
| **DOCKET NUMBER(S):** | CV 18-7366 (NG) |
| **NAME OF CASE(S):** | Baldwin et al v. The City of New York et al |
| **FOR PLAINTIFF(S):** | Marinelli |
| **FOR DEFENDANT(S):** | Pallini and Garcia |
| **NEXT CONFERENCE(S):** | **STATUS CONFERENCE AT 10:00 AM ON JULY 12, 2019** |
| **FTR/COURT REPORTER:** | N/A |

### INITIAL CONFERENCE RULINGS:

The parties have served demands and expect to complete document discovery by late June.

**THE COURT WILL HOLD A FURTHER CONFERENCE AT 10:00 AM ON JULY 12, 2019.**

**Counsel shall use their best efforts to obtain and shall all relevant video recordings well in advance of the conference, and to be prepared to discuss whether a settlement conference might be productive.**