AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Tyshawn Baldwin, Robert Thompson, Charles Murray<br><br>*Plaintiff(s)*<br>v.<br>The City of New York et als<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 18-cv-7366 (NG) (SMG)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cleeford Franklin, 79th Precinct, 263 Tompkins Ave, Brooklyn, NY 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert Marinelli, Esq.
> 305 Broadway, Suite 1001
> New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date: 5/22/2019

/s/ *C. Barrett*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Tyshawn Baldwin, Robert Thompson, Charles Murray *Plaintiff(s)* v. The City of New York et als *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-cv-7366 (NG) (SMG) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Arnold Chow, 79th Precinct, 263 Tompkins Ave, Brooklyn, NY 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert Marinelli, Esq.
> 305 Broadway, Suite 1001
> New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date: 5/22/2019

*/s/ C. Barrett*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Tyshawn Baldwin, Robert Thompson, Charles Murray | ) |
| *Plaintiff(s)* | ) ) ) ) |
| v. | ) Civil Action No. 18-cv-7366 (NG) (SMG) |
| The City of New York et als | ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Ethan Cooley, 79th Precinct, 263 Tompkins Ave, Brooklyn, NY 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert Marinelli, Esq.
> 305 Broadway, Suite 1001
> New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date: 5/22/2019


*/s/ C. Barrett*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Tyshawn Baldwin, Robert Thompson, Charles Murray <br><br> *Plaintiff(s)* <br> v. <br> The City of New York et als <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 18-cv-7366 (NG) (SMG) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas Bay, 79th Precinct, 263 Tompkins Ave, Brooklyn, NY 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert Marinelli, Esq.
> 305 Broadway, Suite 1001
> New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**

*CLERK OF COURT*

Date: 5/22/2019

*/s/ C. Barrett*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Tyshawn Baldwin, Robert Thompson, Charles Murray

*Plaintiff(s)*

v.

The City of New York et als

*Defendant(s)*

Civil Action No. 18-cv-7366 (NG) (SMG)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Joseph Kosek, 79th Precinct, 263 Tompkins Ave, Brooklyn, NY 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert Marinelli, Esq.
> 305 Broadway, Suite 1001
> New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**

*CLERK OF COURT*

Date: 5/22/2019

*/s/ C. Barrett*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

Tyshawn Baldwin, Robert Thompson, Charles Murray

*Plaintiff(s)*

v.

The City of New York et als

*Defendant(s)*

Civil Action No. 18-cv-7366 (NG) (SMG)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Antonio Zorrilla, 79th Precinct, 263 Tompkins Ave, Brooklyn, NY 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert Marinelli, Esq.
> 305 Broadway, Suite 1001
> New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date: 5/22/2019

/s/ C. Barrett

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Tyshawn Baldwin, Robert Thompson, Charles Murray | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. 18-cv-7366 (NG) (SMG) |
| The City of New York et als | ) ) ) ) ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Zweifler, 79th Precinct, 263 Tompkins Ave, Brooklyn, NY 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert Marinelli, Esq.
> 305 Broadway, Suite 1001
> New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date: 5/22/2019

*/s/ C. Barrett*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Tyshawn Baldwin, Robert Thompson, Charles Murray | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 18-cv-7366 (NG) (SMG) |
| The City of New York et als | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Nicko Singkuan, 79th Precinct, 263 Tompkins Ave, Brooklyn, NY 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Robert Marinelli, Esq.
    305 Broadway, Suite 1001
    New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date: 5/22/2019

/s/ C. Barrett

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Tyshawn Baldwin, Robert Thompson, Charles Murray<br><br>*Plaintiff(s)*<br>v.<br>The City of New York et als<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  18-cv-7366 (NG) (SMG)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Lt. Ryan Gillis, 79th Precinct, 263 Tompkins Ave, Brooklyn, NY 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert Marinelli, Esq.
> 305 Broadway, Suite 1001
> New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date:  5/22/2019                                        /s/ *C. Barrett*
                                                        *Signature of Clerk or Deputy Clerk*