## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE** | July 12, 2019 |
| **TIME:** | 10:00 a.m. |
| **DOCKET NUMBER(S):** | CV 18-7366 (NG) |
| **NAME OF CASE(S):** | Baldwin et al v. The City of New York et al |
| **FOR PLAINTIFF(S):** | **Marinelli** |
| **FOR DEFENDANT(S):** | **Pallini and Garcia** |
| **NEXT CONFERENCE(S):** | **STATUS CONFERENCE AT 11:00 AM ON DECEMBER 12, 2019** |
| **FTR/COURT REPORTER:** | N/A |

**STATUS CONFERENCE RULINGS:**

**Pallini and Garcia for defendants. Defendants' time to answer is extended to August 9, 2019.**

**Fact discovery will be completed by November 15, 2019.**

**THE COURT WILL HOLD A FURTHER CONFERENCE AT 11:00 AM ON DECEMBER 12, 2019.**

**The parties shall be prepared:**

**(1) to state their respective positions on settlement, with PRINCIPALS WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY (UP TO THE AMOUNT LAST DEMANDED FOR DEFENDANTS, DOWN TO THE AMOUNT LAST OFFERED FOR PLAINTIFFS) PRESENT OR AVAILABLE BY TELEPHONE THROUGHOUT THE CONFERENCE.**

**(2) to schedule disclosures of any anticipated expert reports.**

**(3) to articulate the basis for any anticipated summary judgment motions and to be familiar with any premotion conference procedures required by the district judge presiding over the case.**

**(4) to state whether they will agree to assignment of this case to a magistrate judge for all purposes, including jury trial and entry of final judgment.**

**Counsel are encouraged to file a written application requesting a settlement conference on an earlier date if they believe it might be productive to do so.**

Case 1:18-cv-07366-NG-SMG   Document 18   Filed 07/12/19   Page 2 of 2 PageID #: 93