

| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **Brian Zapert**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2354<br>bzapert@law.nyc.gov |
|---|---|---|

May 19, 2021

**VIA ECF**
Honorable James R. Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: Tyshawn Baldwin, et al. v. City of New York, et al.
     18 CV 7366 (NG) (JRC)

Your Honor:

  I am an Assistant Counsel in the Office of James E. Johnson Corporation Counsel of the City of New York and the attorney assigned to represent the defendants in the above-referenced matter. I write to you to request that the Court schedule a settlement conference in this case. Plaintiff takes no position with respect to defendants' request.

  Defendants further request an extension of the deadline to file a pre-motion conference letter to a date following that of the settlement conference in the event that the parties are unable to settle the case.

                Respectfully submitted,

                *Brian Zapert* /s/

                Brian Zapert
                *Assistant Corporation Counsel*
                Special Federal Litigation Division

cc: Robert Marinelli, Esq. (by ECF)
   *Attorney for Plaintiffs*
   305 Broadway, Suite #1001
   New York, New York 10007